```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 15145
    DAVID T MOLAND
    KARI MOLAND                           CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-1639    SSN XXX-XX-6526


--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/19/05 and confirmed on 07/14/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  15390.00 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------
DEUTSCHE BANK NATIONAL C CURRENT MORTG         .00           .00           .00
DEUTSCHE BANK NATIONAL C MORTGAGE ARRE     4479.55           .00       4479.55
DEUTSCHE BANK NATIONAL C SECURED               .00           .00           .00
DEUTSCHE BANK NATIONAL C MORTGAGE ARRE      237.22           .00        237.22
AMERICREDIT FINANCIAL    SECURED           4500.00        526.52       4500.00
AMCA                     UNSECURED        NOT FILED          .00           .00
BGE                      UNSECURED        NOT FILED          .00           .00
CAREMARK INC             UNSECURED        NOT FILED          .00           .00
CCA                      UNSECURED        NOT FILED          .00           .00
CITY OF AURORA           UNSECURED        NOT FILED          .00           .00
COMED                    UNSECURED        NOT FILED          .00           .00
CMS                      UNSECURED        NOT FILED          .00           .00
DSG GROUP                UNSECURED        NOT FILED          .00           .00
FAVORITES                UNSECURED        NOT FILED          .00           .00
FOX METRO WATER REC DIST UNSECURED        NOT FILED          .00           .00
K BELANI DDS             UNSECURED        NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE   UNSECURED        NOT FILED          .00           .00
NICOR GAS                UNSECURED          410.54           .00        410.54
NORTH AURORA DENTAL ASSO UNSECURED        NOT FILED          .00           .00
RIAZ BARBER MD           UNSECURED        NOT FILED          .00           .00
--------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------
RUSH COPLEY MEDICAL CENT UNSECURED        NOT FILED          .00           .00
SUBURBAN PEDIATRICS      UNSECURED        NOT FILED          .00           .00
THE FLOWER BASKET        UNSECURED        NOT FILED          .00           .00
VAN RU CREDIT            UNSECURED        NOT FILED          .00           .00
AMERICREDIT FINANCIAL    UNSECURED         1363.63           .00       1363.63
ELLMANS MUSIC CENTER     UNSECURED          350.00           .00        350.00
        Summary of disbursements:
```

```
                      SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    9216.77          .00      2124.17          .00     11340.94
PRINCIPAL PAID        9216.77          .00      2124.17          .00     11340.94
INTEREST PAID          526.52          .00          .00          .00       526.52
TOTAL PAID            9743.29          .00      2124.17          .00     11867.46
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2200.00
and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $     638.71 .

Refunds to the Debtor totaled $   1183.83 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 15145 DAVID T MOLAND & KARI MOLAND